UNITED STATES BANKRUPTCY COURT
for the Western District of Virginia
Danville Division

RE: Misty D. Light          Chapter 13
                               Case No. 06-61169
       Debtor

## TRANSMITTAL OF UNCLAIMED FUNDS

__X__ Comes now the undersigned trustee and reports as follows:

That funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

## TRANSMITTAL OF SMALL DIVIDENDS

_____ Comes now the trustee and reports as follows:

Distribution to creditors in an amount of less than five dollars ($5.00) in a Chapter 7 case and fifteen dollars ($15.00) in a Chapter 12 or 13 case, is prohibited by Bankruptcy Rule 3010 unless authorized by the court. No such order has been entered by the court.

The name, address, and amount due each creditor is as follows:

| NAME OF CREDITOR | ADDRESS OF CREDITOR | AMOUNT DUE CREDITOR |
|---|---|---|
| RJ Reynolds Pat. Co. Mem. Hosp. | 18688 Jeb Stuart Hwy. Stuart, VA 24171 | $539.62 |

TOTAL OF AMOUNTS OF $25.00 OR MORE PER CREDITOR   $539.62(a)
TOTAL OF AMOUNTS LESS THAN $25.00 PER CREDITOR   $_____(b)

     The trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the amount of $539.62 (a) is attached hereto with the request that such funds be deposited in the U.S. Treasury.

     I Hereby certify that a true copy of the above transmittal has been mailed to the debtor(s), the attorney for the debtor(s), and to each creditor listed above.

Date_____

Signed _Pamela F. Logan, Counsel_ , Trustee